1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant
5  SOPHIA GALICIA

6

7                      UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )    Case No.  1: 05 CR 00202 AWI
                                    )
11      Plaintiff,                  )    WAIVER OF APPEARANCE
                                    )    AND ORDER THEREON
12      v.                          )
                                    )    DATE: July 11, 2005
13 SOPHIA GALICIA,                  )    TIME: 9:00 a.m.
                                    )    PLACE: Courtroom Three
14      Defendant.                  )    HONORABLE ANTHONY W. ISHII
   _____  )

15

16      Defendant, SOPHIA GALICIA, hereby waives her right to be present in person in open

17 court upon the hearing presently set for July 11, 2005 at 9:00 a.m. in Courtroom Three of the

18 above entitled court. Defendant hereby requests the court to proceed in her absence and agrees

19 that her interests will be deemed represented at said hearing by the presence of her attorney,

20 JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future

21 hearing dates to be set by the court including the date set for jury trial.

22
   Dated: June 17, 2005                              /s/ Sophia Galicia
23                                                   SOPHIA GALICIA

24

25

26

27

28

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that defendant SOPHIA GALICIA is hereby excused from appearing at the court hearing scheduled for July 11, 2005 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 5, 2005**            **/s/ Anthony W. Ishii**
0m8i78                           UNITED STATES DISTRICT JUDGE