1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant
5  SOPHIA GALICIA

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   Case No.  1: 05 CR 00202 AWI
                                )
11         Plaintiff,            )   WAIVER OF APPEARANCE
                                )   AND ORDER THEREON
12    v.                         )
                                )   DATE: September 12, 2005
13 SOPHIA GALICIA,              )   TIME: 9:00 a.m.
                                )   PLACE: Courtroom Three
14         Defendant.            )   HONORABLE ANTHONY W. ISHII
   _____)
15

16     Defendant, SOPHIA GALICIA, hereby waives her right to be present in person in open

17 court upon the hearing presently set for September 12, 2005 at 9:00 a.m. in Courtroom Three of

18 the above entitled court. Defendant hereby requests the court to proceed in her absence and

19 agrees that her interests will be deemed represented at said hearing by the presence of her

20 attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all

21 future hearing dates to be set by the court including the date set for jury trial.

22
   Dated: August 18, 2005                            /s/ Sophia Galicia
23                                                  SOPHIA GALICIA

24

25

26

27

28

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant SOPHIA GALICIA is hereby excused from appearing at the court hearing scheduled for September 12, 2005 at 9:00 a.m.

IT IS SO ORDERED.

**Dated: August 19, 2005**               /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE