```
 1  DENNIS S. WAKS, Bar #142581
    Acting Federal Defender
 2  FRANCINE ZEPEDA, Bar #091175
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JOSE ROSARIO GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-Cr-00202 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; ORDER |
| v. | ) |
| | ) Date: January 23, 2006 |
| JOSE ROSARIO GARCIA, Et al., | ) Time: 9:00 A.M. |
| | ) Judge: Hon. Anthony W. Ishii |
| Defendants. | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing set for January 9, 2006, may be continued to January 23, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant to allow for continuity of counsel because she is still on medical leave and does not anticipate return to her office until after January 9, 2006, the date now set for hearing.

///

///

///

///

///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 3, 2006                By:  /s/ Kimberly A. Kelly
                                           KIMBERLY A. KELLY
                                           Assistant United States Attorney
                                           Counsel for Plaintiff


                                           DENNIS S. WAKS
                                           Acting Federal Defender

DATED: January 3, 2006                By:  /s/ Melody M. Walcott for Francine Zepeda
                                           FRANCINE ZEPEDA
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           JOSE ROSARIO GARCIA


DATED: January 3, 2006                     /s/ Eric K. Fogderude
                                           ERIC K. FOGDERUDE
                                           Counsel for Defendant
                                           JOEL PARRA PEREZ


DATED: January 3, 2006                     /s/ John F. Garland
                                           JOHN F. GARLAND
                                           Counsel for Defendant
                                           SOFIA GALLICIA


PROPOSED ORDER

IT IS SO ORDERED.  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 4, 2006**            /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and [Proposed] Order Thereon                 2