1   JOHN F. GARLAND   #117554
    Attorney at Law
2   1713 Tulare Street, Suite 221
    Fresno, California 93721
3
    Telephone: (559) 497-6132
4
    Attorney for Defendant
5   SOPHIA GALICIA

6

7                        UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   Case No.  1: 05 CR 00202 AWI
                                     )
11          Plaintiff,               )   WAIVER OF APPEARANCE
                                     )     AND ORDER THEREON
12          v.                       )
                                     )   DATE: January 23, 2006
13  SOPHIA GALICIA,                  )   TIME: 9:00 a.m.
                                     )    PLACE: Courtroom Two
14          Defendant.               )   HONORABLE ANTHONY W. ISHII
    _____)
15

16          Defendant, SOPHIA GALICIA, hereby waives her right to be present in person in open

17  court upon the hearing presently set for January 23, 2006 at 9:00 a.m. in Courtroom Two of

18  the above entitled court. Defendant hereby requests the court to proceed in her absence and

19  agrees that her interests will be deemed represented at said hearing by the presence of her

20  attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all

21  future hearing dates to be set by the court including the date set for jury trial.

22
    Dated: January 17, 2006                     /s/ Sophia Galicia
23                                              SOPHIA GALICIA

24

25

26

27

28

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant SOPHIA GALICIA  is hereby excused from appearing at the court hearing scheduled for January 23, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:    January 20, 2006**                    _____/s/ Anthony W. Ishii_____
0m8i78                                                UNITED STATES DISTRICT JUDGE