| | |
|---|---|
| 1 | JOHN F. GARLAND   #117554 |
|   | Attorney at Law |
| 2 | 1713 Tulare Street, Suite 221 |
|   | Fresno, California 93721 |
| 3 | |
|   | Telephone: (559) 497-6132 |
| 4 | |
|   | Attorney for Defendant |
| 5 | SOPHIA GALICIA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1: 05 CR 00202 AWI |
| | ) | |
| Plaintiff, | ) | WAIVER OF APPEARANCE |
| | ) | AND ORDER THEREON |
| v. | ) | |
| | ) | DATE: February 27, 2006 |
| SOPHIA GALICIA, | ) | TIME: 9:00 a.m. |
| | ) | PLACE: Courtroom Two |
| Defendant. | ) | HONORABLE ANTHONY W. ISHII |
| _____ | ) | |

Defendant, SOPHIA GALICIA, hereby waives her right to be present in person in open court upon the hearing presently set for February 27, 2006 at 9:00 a.m. in Courtroom Two of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated: February 17, 2006         /s/ Sophia Galicia
                                SOPHIA GALICIA

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant SOPHIA GALICIA is hereby excused from appearing at the court hearing scheduled for February 27, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated:     **February 22, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE