1 | JOHN F. GARLAND   #117554
    | Attorney at Law
2 | 1713 Tulare Street, Suite 221
    | Fresno, California 93721
3 |
    | Telephone: (559) 497-6132
4 |
    | Attorney for Defendant
5 | SOPHIA GALICIA

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,    )  Case No.  1: 05 CR 00202 AWI
                                  )
11 |        Plaintiff,             )  WAIVER OF APPEARANCE
                                  )  AND ORDER THEREON
12 |        v.                     )
                                  )  DATE: March 13, 2006
13 | SOPHIA GALICIA,               )  TIME: 9:00 a.m.
                                  )  PLACE: Courtroom Two
14 |        Defendant.             )  HONORABLE ANTHONY W. ISHII
    | _____)

15

16        Defendant, SOPHIA GALICIA, hereby waives her right to be present in person in open

17 court upon the hearing presently set for March 13, 2006 at 9:00 a.m. in Courtroom Two of

18 the above entitled court. Defendant hereby requests the court to proceed in her absence and

19 agrees that her interests will be deemed represented at said hearing by the presence of her

20 attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all

21 future hearing dates to be set by the court including the date set for jury trial.

22

23 Dated: March 2, 2006                          /s/ Sophia Galicia
                                                 SOPHIA GALICIA

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant SOPHIA GALICIA is hereby excused from appearing at the court hearing scheduled for March 13, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __March 3, 2006__  _____/s/ Anthony W. Ishii_____
0m8i78  UNITED STATES DISTRICT JUDGE