1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE ROSARIO GARCIA

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:05-Cr-00202 AWI
                                       )
12                 Plaintiff,          )   ***AMENDED*** STIPULATION TO CONTINUE
                                       )   STATUS CONFERENCE HEARING; ORDER
13         v.                          )
                                       )   Date:   March 27, 2006
14  JOSE ROSARIO GARCIA, Et al.,       )   Time:   9:00 A.M.
                                       )   Judge: Hon. Anthony W. Ishii
15                 Defendants.         )
                                       )
16  _____  )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the **status conference hearing set for March 13, 2006, may be continued to March 27,**

20  **2006, at 9:00 A.M.**

21      This continuance is sought at the request of counsel for defendant to allow additional time for

22  case preparation and plea negotiation.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: March 9, 2006       By:   /s/ Kimberly A. Kelly
KIMBERLY A. KELLY
Assistant United States Attorney
Counsel for Plaintiff

DANIEL J. BRODERICK
Acting Federal Defender

DATED: March 9, 2006       By:   /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
JOSE ROSARIO GARCIA

DATED: March 9, 2006       /s/ Eric K. Fogderude
ERIC K. FOGDERUDE
Counsel for Defendant
JOEL PARRA PEREZ

DATED: March 9, 2006       /s/ John F. Garland
JOHN F. GARLAND
Counsel for Defendant
SOFIA GALLICIA

PROPOSED ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    March 10, 2006**       **/s/ Anthony W. Ishii**
0m8i78              UNITED STATES DISTRICT JUDGE