```
1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant
5  SOPHIA GALICIA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 05 CR 00202 AWI |
| Plaintiff, ) | WAIVER OF APPEARANCE AND ORDER THEREON |
| v. ) | |
| SOPHIA GALICIA, ) | DATE: March 27, 2006<br>TIME: 9:00 a.m.<br>PLACE: Courtroom Two |
| Defendant. ) | HONORABLE ANTHONY W. ISHII |

Defendant, SOPHIA GALICIA, hereby waives her right to be present in person in open court upon the hearing presently set for March 27, 2006 at 9:00 a.m. in Courtroom Two of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated: March 20, 2006                    /s/ Sophia Galicia
                                         SOPHIA GALICIA

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant SOPHIA GALICIA is hereby excused from appearing at the court hearing scheduled for March 27, 2006 at 9:00 a.m.


IT IS SO ORDERED.

**Dated:  March 21, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE