JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
SOPHIA GALICIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No.  1: 05-CR-00202 AWI
                                    )
     Plaintiff,                     )   APPLICATION FOR ORDER EXONERATING
                                    )   BOND AND FOR RECONVEYANCE OF
     v.                             )   REAL PROPERTY AND ORDER THEREON
                                    )
SOPHIA GALICIA,                     )
                                    )
     Defendant.                     )   HONORABLE ANTHONY W. ISHII
_____)

Defendant, SOPHIA GALICIA, by and through her counsel, John F. Garland, hereby moves the Court for an order exonerating the bond and for reconveyance of the real property in the above captioned case.

On June 6, 2005 defendant SOPHIA GALICIA was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above captioned case. On June 10, 2005 United States Magistrate Judge Lawrence J. O'Neill ordered the release of Ms. Galicia, setting conditions of pretrial supervision, and a $50,000 property bond. SOPHIA GALICIA was released from custody on that date on condition she post the property bond on or before June 24, 2005. On June 23, 2005 all property bond documents were submitted to the United States Attorney's Office for review and approval. On June 29, 2005 a Straight Note (Secured By Deed Of Trust) in the amount of $50,000, and a Deed of Trust were delivered to the Clerk of the Court by Pedro Galicia Arriaza and Sonia M. Galicia.

On June 5, 2006 SOPHIA GALICIA appeared before this Court and entered a plea of

guilty to Count 1 of an Information. On August 21, 2006 this Court sentenced SOPHIA GALICIA to a term of 5 months imprisonment and ordered her to surrender to the federal institution designated by the United States Bureau of Prisons on or before 2:00 p.m. on October 5, 2006.

On October 5, 2006 SOPHIA GALICIA surrendered to the Federal Correctional Institution at Phoenix, Arizona to begin service of the 5 month sentence imposed by this Court. SOPHIA GALICIA, having surrendered to the designated federal institution as ordered, hereby requests the Court exonerate the bond set by the Magistrate Judge and order the Clerk of the Court to reconvey title to the real property securing the property bond. Assistant United States Attorney Kimberly A. Sanchez does not oppose this application

Dated: October 10, 2006                         Respectfully submitted,

                                               /s/ John F. Garland
                                                 John F. Garland
                                                 Attorney for defendant
                                                 SOPHIA GALICIA

## ORDER

IT IS HEREBY ORDERED that the property bond posted by Pedro Galicia Arriaza and Sonia M. Galicia, secured by the real property located in West Valley City, Utah, is exonerated and the Clerk of the Court is directed to reconvey title to said real property to Pedro Galicia Arriaza and Sonia M. Galicia.

IT IS SO ORDERED.

**Dated:   October 11, 2006**                  **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE