UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:05-cr-0202 AWI |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| SOPHIA GALICIA, | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |

The above-named defendant having surrendered to the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.: 037096064

Receipt No.: 100-201748

IT IS SO ORDERED.

Dated: __January 24, 2008__          _____/s/ Anthony W. Ishii_____
                                     UNITED STATES DISTRICT JUDGE